**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION
CASE NO.: 17-04095-5-JNC**

IN RE:                        )
                              )
                              )          **CHAPTER 13**
RHONDA FLANAGAN               )
Debtor(s).                    )
_____         )

**DEBTOR'S OBJECTION TO NOTICE OF ADDITIONAL POST-PETITION MORTGAGE
FEES, EXPENSES AND CHARGES FOR CLAIM #5 FOR U. S. BANK TRUST
NATIONAL ASSOCIATION et al. c/o BSI FINANCIAL SERVICES**

Now comes the attorney for the Debtor(s), hereby objecting
to the Notice of Intention to Pay Additional Post-Petition
Mortgage Fees, Expenses and Charges filed on February 2, 2018 for
$300.00 for a Plan Review.

This the 5th day of January, 2020.

                              /s/ Chad W. Hammonds
                              Chad W. Hammonds
                              Attorney for Petitioner
                              3410 Capuano Road
                              Lumberton, NC 28360
                              (910) 608-3425
                              State Bar No. 21027

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DISTRICT**

**IN THE MATTER OF:**          CASE NO.: 17-04095-5-JNC

RHONDA FLANAGAN             CHAPTER 13

### NOTICE OF OBJECTION AND CERTIFICATE OF SERVICE

TO:  THE CREDITOR(S), TRUSTEE AND OTHER PARTIES IN INTEREST

   **NOTICE IS HEREBY GIVEN** of the Debtor(s) Objection to the Intention to Pay Additional Post-Petition Mortgage Fees, Expenses and Claims;

   **FURTHER NOTICE IS HEREBY GIVEN** that if you fail to respond or otherwise plead or request a Hearing in writing within fourteen (14) days from the date of this Notice, the relief requested in the Motion may be granted without further Notice or Hearing; and

   **FURTHER NOTICE IS HEREBY GIVEN** that if a Response and a Request for a Hearing is filed by the Trustee, or other parties in interest named herein writing within the time indicated, a Hearing will be conducted on the Motion and Response thereto at a date, time and place to be later set by the Court and all interested parties will be notified accordingly.

**DATE OF NOTICE:  January 5, 2020.**

                    /s/Chad W. Hammonds
                    Chad W. Hammonds
                    Attorney for Debtor(s)
                    3410 Capuano Road
                    Lumberton, NC 28360
                    State Bar No.: 21027

**CERTIFICATE OF SERVICE**

I, Chad W. Hammonds, Attorney at Law, certify:


        That on January 5, 2020 I served a copy of the foregoing
Objection on the following parties to this action by depositing a
copy in the United States mail bearing sufficient postage or
electronically as indicated:

Joseph A. Bledsoe III (via CM/ECF)
Chapter 13 Trustee
P.O. Box 1618
New Bern, NC 28563

Carlos Hernandez-Vivoni
Agent for Specialized Loan Servicing
14841 Dallas Parkway, Suite 425
Dallas, TX  75254

Rhonda Flanagan
4518 Prospect Road
Maxton, NC 28364


        This the  5th   day of January, 2020.

                         /s/ Chad W. Hammonds
                              Chad W. Hammonds
                              Attorney for Debtor
                              3410 Capuano Road
                              Lumberton, NC 28360
                              (910) 608-3425
                              State Bar No. 21027